UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIRK DOUGLAS WILLIAMS,

Plaintiff,

v.

JOYY, INC., et. al.,

Defendants.

No.  2:25-cv-3351 DC CKD PS

FINDINGS AND RECOMMENDATIONS

Plaintiff is proceeding in this action pro se and in forma pauperis.  By order filed March 12, 2026, plaintiff had thirty days to file an amended complaint along with a list of cases of all cases he has filed in the Southern District of California, pursuant to an earlier order.  (ECF No. 7.) Plaintiff was advised that failure to timely amend and/or file the case list would result in a recommendation of dismissal.  The thirty-day period has now expired, and plaintiff has not filed an amended complaint or a list of cases.  With no viable complaint in this action, the court declines to rule on other miscellaneous motions filed by plaintiff.[1]

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge

---

[1] Plaintiff's claim that he requires special accommodations to litigate his claims is belied by the fact that he has filed thirteen cases in this district since 2009. (See ECF No. 4 at 2.)

1

assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 30, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/will3351.f&rs-.fta2

2