UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK DOUGLAS WILLIAMS,<br>Plaintiff,<br>v.<br>JOYY, INC., et. al.,<br>Defendants. | No. 2:25-cv-3351 DC CKD (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 8, 9, 10) |

Plaintiff is proceeding in this action pro se and in forma pauperis. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On May 1, 2026, the magistrate judge filed findings and recommendations herein, which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 10. Plaintiff has filed objections, however, those objections do not address the findings and recommendations, specifically Plaintiff does not address his failure to file a first amended complaint and failure to comply with the court's orders. ECF No. 11. Thus, Plaintiff's objections do not provide a basis upon which to reject the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

Accordingly, IT IS HEREBY ORDERED:

1. The May 1, 2026 findings and recommendations (ECF No. 10) are ADOPTED;
2. This action is DISMISSED without prejudice; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 29, 2026**

Dena Coggins
United States District Judge